THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY
 RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Larry Melton, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

Appeal From Chesterfield County
Edward B. Cottingham, Circuit Court Judge
Paul M. Burch, Post-Conviction Relief
 Judge

Memorandum Op. No. 2011-MO-020
Submitted July 20, 2011  Filed July 25,
 2011  

AFFIRMED

 
 
 
Deputy Chief Appellate Defender Wanda H. Carter, of the South
 Carolina Commission on Indigent Defense, Division of Appellate Defense, of
 Columbia, for Petitioner.
Attorney General Alan B. Wilson, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Assistant
 Attorney General Karen Ratigan, all of the Office of the Attorney General, of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari
 from the denial of his application for post-conviction relief (PCR).
 The
 petition is denied as to petitioners Question II.  However, because there is
 sufficient evidence to support the PCR judge's finding that petitioner did not
 knowingly and intelligently waive his right to a direct appeal, we grant
 certiorari on petitioner's Question I and proceed with a review of the direct
 appeal issue pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60
 (1986).
 Petitioners
 conviction and sentence are affirmed pursuant to Rule 220(B)(1), SCACR, and the
 following authorities: State
 v. Turner, 373 S.C. 121,
 644 S.E.2d 693 (2007); Rule 203(d)(1)(B)(iv), SCACR.
 AFFIRMED.
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.